# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DRAYDEN D. SHUMPERT, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-02273-JAD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| D. MADRID and M. HINES, | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 7) in this matter was filed May 26, 2016. Defendants filed a Motion to Dismiss (ECF No. 14) on July 11, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 9, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge