**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Drayden D. Shumpert,<br><br>     Plaintiff<br><br>v.<br><br>D. Madrid, et al.,<br><br>     Defendants | 2:15-cv-02273-JAD-GWF<br><br>**Order Denying Motion<br>to Lift Stay**<br><br>[ECF No. 33] |

On January 11, 2017, I stayed this excessive-force lawsuit that Drayden Shumpert brings against a pair of correctional officers because the criminal case against Shumpert in state court—which is based on the same altercation as this case—remains pending.[1] Shumpert now moves to lift that stay, arguing essentially that it is unfair to delay this lawsuit when we do not know when the criminal action may conclude.

Shumpert's criminal prosecution is still ongoing, and he has not persuaded me that the stay I entered in January was ill-advised or that circumstances now compel me to lift it. Accordingly,

IT IS HEREBY ORDERED that Shumpert's Motion to Lift Stay **[ECF No. 33] is DENIED.**  This case remains stayed pending final judgment in *Nevada v. Shumpert*, Case No. C-15-304633-1.

DATED: March 22, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 32 (Stay Order).