**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Drayden D. Shumpert,<br><br>    Plaintiff<br><br>v.<br><br>D. Madrid, et al.,<br><br>    Defendants | 2:15-cv-02273-JAD-EJY<br><br>**Order Granting Motions<br>to Lift Stay**<br><br>[ECF Nos. 45, 47] |

    On January 11, 2017, I stayed this excessive-force lawsuit that Drayden Shumpert brings against a pair of correctional officers because a criminal case against Shumpert that was based on the same altercation as this case remained pending in state court.[1] Shumpert pleaded guilty in that state-court case and judgment of conviction was entered, so he now moves to lift the stay.[2] The deadline to oppose the lift-stay request has long-since expired, and defendants have filed no response. Because the purpose for the stay no longer exists,

    IT IS HEREBY ORDERED that Shumpert's Motions to Lift Stay **[ECF Nos. 45, 47] are GRANTED.** Defendants have until February 13, 2020, to renew their motion to dismiss,[3] which was pending (and denied without prejudice) when the stay was entered. Because the discovery period has expired (and the scope of discovery was limited to exhaustion issues, *see* ECF No. 25), any party wishing to reopen discovery must file a proper motion to do so.

    DATED: January 14, 2020

                                                                     Jennifer A. Dorsey<br>                                                                     United States District Judge

---

[1] ECF No. 32 (Stay Order).

[2] ECF Nos. 45, 47.

[3] ECF No. 14.